IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GEORGE MASON, III,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

Case No.  5D23-2184
LT Case No. 2014-CF-1379

Opinion filed July 25, 2023

3.850 Appeal from the Circuit Court
for Hernando County,
Stephen E. Toner, Jr., Judge.

George Mason, III, Indiantown, pro
se.

No Appearance for Appellee.

PER CURIAM.

    AFFIRMED. See Fla. R. App. P. 9.315(a).

EDWARDS, C.J., WALLIS and MACIVER, JJ., concur.